# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TODD ELWOOD,**<br><br>**Defendant.** | **PO-24-5166-GF-JTJ**<br><br><br><br><br><br>**ORDER** |

Upon Defendant's motion to continue, **IT IS ORDERED** that the bench trial in this case currently scheduled for December 5, 2024, is **VACATED and RESCHEDULED** for 9:00 a.m. on February 6, 2025, at the Missouri River Courthouse in Great Falls, Montana.

DATED this 4th day of December, 2024.

John Johnston
United States Magistrate Judge